FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 2 2 2009
SPM

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 05-138 JVS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Castro, William Randall | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____CD   CA_____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown due to failure to interview; bail resources unknown; ongoing substance abuse problem;_

1  <u>demonstrated lack of amenability to supervision;</u>
2  <u>ft. history</u>
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on <u>extensive crim history record, ~~incl previous~~</u>
8  <u>~~history of comm new offenses~~</u>
9  <u>~~under supervision;~~ substance abuse history;</u>
10 <u>ongoing substance abuse problem</u>

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: <u>9/22/09</u>

                              ROBERT N. BLOCK
                              UNITED STATES MAGISTRATE JUDGE

Page 2 of 2