1

2

3

4

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          <hy          DEPUTY

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,         )   Case No. SACR 05-00138-JVS

12              Plaintiff,             )   ORDER OF DETENTION
                                       )
13        v.                           )   [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                       )   §3143(a)]
14   WILLAIM RANDALL CASTRO,           )
                                       )
15              Defendant.             )

16

17        The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable James V. Selna, United States District Judge, for an alleged

19   violation of the terms and conditions of the defendant's supervised release; and

20        The Court having conducted a detention hearing pursuant to Federal Rule of

21   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),  The Court finds that:

22   A.   (X)   The defendant has not met his burden of establishing by clear and convincing

23              evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or

24              (c). This finding is based on the defendant's lack of bail resources, lack of a

25              stable residence, and the nature of the charged offense, which indicates the

26              defendant is unlikely to comply with conditions of release; and

27

28

B.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: September 26, 2011

_____/s/_____Arthur Nakazato_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE